United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL LIMITED, | No. C 06-05059 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| SECONONE, INC., | |
| Defendant. / | |

Good cause not shown, the Court **DENIES** plaintiff's request to continue the case management conference and related initial deadlines.

**IT IS SO ORDERED.**

Dated: November 30, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE